IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Karen N

Printed: 4/15/08

Case Number: 07 B 20121
Judge: Hollis, Pamela S
Filed: 10/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Regions Mortgage Inc | Secured | 0.00 | 0.00 |
| 2. | HSBC Auto Finance | Secured | 10,850.00 | 0.00 |
| 3. | Regions Mortgage Inc | Secured | 7,163.46 | 0.00 |
| 4. | Gleneagle Trial Condominium Owners | Secured | 1,735.00 | 0.00 |
| 5. | Monterey Financial Services | Unsecured | 146.27 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 47.73 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 146.44 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 95.67 | 0.00 |
| 9. | B-Real LLC | Unsecured | 58.19 | 0.00 |
| 10. | B-Real LLC | Unsecured | 2.53 | 0.00 |
| 11. | B-Real LLC | Unsecured | 5.61 | 0.00 |
| 12. | HSBC Auto Finance | Unsecured | 1,018.18 | 0.00 |
| 13. | Money Market | Unsecured | | No Claim Filed |
| 14. | National Quick Cash | Unsecured | | No Claim Filed |
| 15. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 16. | ADT Security Systems | Unsecured | | No Claim Filed |
| 17. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 18. | Palos Anesthesia Association | Unsecured | | No Claim Filed |
| 19. | Palos Community Hospital | Unsecured | | No Claim Filed |
| | | | $ 21,269.08 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Smith, Karen N

Printed:   4/15/08

Case Number:   07 B 20121
Judge:   Hollis, Pamela S
Filed:   10/30/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

